IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
L'TEISHA HOLLOWAY and      )
BIANCA GRANGER,            )
                           )
    Plaintiffs,            )
                           )        CIVIL ACTION NO.
    v.                     )         2:19cv119-MHT
                           )             (WO)
HEALTH SERVICES, INC.,     )
                           )
    Defendant.             )
```

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. 39), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd of March, 2022.

                                             /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE